UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT J. HIMEBAUGH,

    Plaintiff,

v.                                   No. 05-73667
                                      Hon. Arthur J. Tarnow

COMMISSIONER OF SOCIAL        Magistrate Judge Wallace Capel, Jr.
SECURITY

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order entered this date, adopting the Magistrate Judge's report and recommendation, denying plaintiff's motion for summary judgment, and granting defendant's motion for summary judgment,

JUDGMENT IS ENTERED in favor of defendant.

Dated at Detroit, Michigan, this   28th   day of  February, 2007

                                                 DAVID J. WEAVER
                                                 CLERK OF THE COURT

                               BY:      s/s THERESA E. TAYLOR
                                                        Deputy Clerk

Approved:

 S/ARTHUR J. TARNOW
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE